1

2

3                    **UNITED STATES DISTRICT COURT**

4                         **DISTRICT OF NEVADA**

5

6    RICHARD OUSLEY, *et al.,*                    )
                                                  )
7                            Plaintiffs,          )      Case No. 2:10-cv-01768-JCM-PAL
                                                  )
8    vs.                                          )              **ORDER**
                                                  )
9    WELLS FARGO HOME MORTGAGE,                   )
                                                  )
10                            Defendant.          )
     _____       )

11

12       Before the court is the parties' Standard Discovery Plan or Request for Waiving of Filing

13   Discovery Plan (Dkt. #9) filed November 29, 2011.  After a review of the plan, the court finds that it

14   does not address the deadlines required by LR 26-1(e), and should therefore be denied.  As such,

15       **IT IS ORDERED:**

16       1.    The Standard Discovery Plan or Request for Waiver of Filing Discovery Plan is **NOT**

17             **APPROVED** and is **DENIED**.

18       2.    The following discovery plan and scheduling order dates shall apply:

19             a.    Last date to complete discovery: **April 25, 2011.**

20             b.    Last date to amend pleadings and add parties: **January 25, 2011.**

21             c.    Last date to file interim status report: **February 24, 2011.**

22             d.    Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): **February 24,**

23                   **2011.**

24             e.    Last date to disclose rebuttal experts: **March 26, 2011.**

25             f.    Last date to file dispositive motions: **May 25, 2011.**

26             g.    Last date to file joint pretrial order: **June 24, 2011.**  In the event dispositive

27                   motions are filed, the date for filing the joint pretrial order shall be suspended

28                   until 30 days after a decision of the dispositive motions.

3.     The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order.

4.     Applications to extend any dates set by this discovery plan and scheduling order shall, in addition to satisfying the requirements of LR 6-1, be supported by a showing of good cause for the extension.  All motions or stipulations to extend discovery shall be received no later than **4:00 p.m., April 5, 2011,** and shall fully comply with the requirements of LR 26-4.

Dated this 1st day of December, 2011.


_____
Peggy A. Leen
United States Magistrate Judge