1  Cynthia L. Alexander, Esq.
   Nevada Bar No. 6718
2  Jared R. Richards, Esq.
   Nevada Bar No. 11254
3  SNELL & WILMER L.L.P.
4  3883 Howard Hughes Parkway
   Suite 1100
5  Las Vegas, NV 89169
   Telephone (702) 784-5200
6  Facsimile (702) 784-5252
7  Email: calexander@swlaw.com
           jrichards@swlaw.com
8
   *Attorneys for Defendant Wells Fargo Bank, N.A. incorrectly*
9  *named as Wells Fargo Home Mortgage*

10              IN THE UNITED STATES DISTRICT COURT

11                      DISTRICT OF NEVADA

12

13

| | |
|---|---|
| 14  RICHARD and GENI OUSLEY, individuals, | CASE NO. 2:10-cv-01768-JCM-GWF |
| 15                Plaintiff, | |
| 16  vs. | |
| 17  WELLS FARGO HOME MORTGAGE, a | **STIPULATION AND ORDER TO** |
| Corporation, DOE Individuals I through X; ROE | **DISMISS CASE WITH PREJUDICE** |
| 18  Corporations and Organizations I through X; and | |
| all persons unknown claiming any right, title, | |
| 19  estate lien or interest in the real property | |
| described in the Complaint adverse to Plaintiffs' | |
| 20  ownership, or any cloud upon Plaintiffs' title | |
| 21  thereto; inclusive, | |
| 22                Defendant. | |

23       IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, Richard and

24  Geni Ousley, through counsel, Law Offices of P. Sterling Kerr, and Defendant, Wells Fargo

25  Bank, N.A. incorrectly named as Wells Fargo Home Mortgage, through counsel, Snell & Wilmer

26  L.L.P.:

27  / / /

28  / / /

12645700.1

RECEIVED
MAR 0 3 2011
BY:_____

1  THAT the above-captioned case, all claims, causes of action and defenses between

2  Plaintiffs and Defendants set forth in the pleadings be dismissed with prejudice, with each party

3  to bear their own attorneys' fees and costs.

4  DATED this 3 day of March 2011    DATED this 2nd day of March 2011

5  By: _____    By: _____

6  Cynthia L. Alexander, Esq.    P. Sterling Kerr, Esq.
   Nevada Bar No. 6718    Marvin L.P. Simeon, Esq.

7  Jared R. Richards, Esq.    LAW OFFICES OF P. STERLING KERR
   Nevada Bar No. 11254    2450 St. Rose Parkway, Suite 120

8  3883 Howard Hughes Parkway    Henderson, Nevada 89074
   Suite 1100    T: (702) 451-2055

9  Las Vegas, NV 89169    F: (702) 451-2077
                                   psklaw@aol.com

10 Telephone (702) 784-5200    Attorneys for Plaintiff
   Facsimile (702) 784-5252

11 calexander@swlaw.com
   jrichards@swlaw.com

12 *Attorneys for Defendant Wells Fargo*
   *Bank, N.A. incorrectly named as Wells*

13 *Fargo Home Mortgage*

14

15                              **ORDER**

16 IT IS SO ORDERED that the above-captioned case and all claims, causes of action and

17 defenses between Plaintiffs, Richard and Geni Ousley, and Defendant Wells Fargo Bank, N.A.

18 incorrectly named as Wells Fargo Home Mortgage, set forth in the pleadings, are dismissed with

19 prejudice, with each party to bear their own attorneys' fees and costs.

20 DATED this 29th day of June, 2011.

21 _____
   UNITED STATES DISTRICT COURT JUDGE

22

12645700.1

Page 2 of 2